# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>NIMIA AURORA GAMEZ-SAUCEDO<br><br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 25-mj-2063<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 10, 2023  in the county of  Maury  in the
Middle  District of  Tennessee , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code Sections 1326(a) &(b)(2) | Illegal Re-entry |

This criminal complaint is based on these facts:

See Attached statement in support of complaint

☑ Continued on the attached sheet.

/s/ John Quinn Bolls Jr.
*Complainant's signature*

Deportation Officer John Quinn Bolls Jr., ICE
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: 02/25/2025

*Judge's signature*

City and state:  Nashville, Tennessee      Hon. Jeffery S. Frensley, U.S. Magistrate Judge
*Printed name and title*

# STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Q. Bolls Jr, having been duly sworn, hereby depose and swear to the following:

1. I, John Bolls, am an Agent with the Department of Homeland Security, specifically the U.S. Immigration and Customs Enforcement (ICE) Agency, currently assigned to the Middle District of Tennessee. I have been so employed since July 2020. As a federal agent for the Department of Homeland Security, I am familiar with federal statutes, including: Title 8, United States Code, Sections 1326(a) and (b)(2), namely, illegal reentry in the United States by an alien after conviction of an aggravated felony.

2. The facts contained in this affidavit are based on first-hand knowledge or information learned during this investigation from law enforcement sources or from witnesses. This affidavit does not contain each and every detail known by me regarding this investigation. Instead, this affidavit provides information necessary to establish probable cause to arrest Nimia Aurora GAMEZ-SAUCEDO (the Defendant) for a violation of Title 8, United States Code, Sections 1326(a) and (b)(2). Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

3. The Defendant is a Mexican citizen and alien to the United States.

4. On October 3, 2018, the Defendant was convicted in the Maury County Tennessee Criminal Court of manufacture, delivery, sale, or possession of methamphetamine. This controlled substance conviction is an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B). After this conviction for an aggravated felony, the Defendant was removed from the United States on January 30, 2020, in Brownsville, Texas.

5. On August 20, 2022, a Tennessee State Probation Officer (TSPO) saw the defendant in Maury County Tennessee. The TSPO, who was previously assigned to investigate the Defendant's controlled substance case in Maury County and who was familiar with the Defendant, recognized the Defendant. The TSPO then notified ICE about the Defendant's presence in the United States.

6. On August 24, 2022, ICE Enforcement Removal Operations (ERO) officers began investigating the Defendant's status in the United States. During a surveillance operation, ICE officers were able to confirm the Defendant's identity. The officers confirmed further that the Defendant had returned from Mexico to the United States and was living in the Columbia, Tennessee area.

7. On December 10, 2023, an ICE officer saw the Defendant at the Maury County Courthouse in Columbia, Tennessee, which is located in the Middle District of Tennessee. The Defendant was detained at that time by the Maury County Sheriff's Office at the Columbia, Tennessee Courthouse. The Defendant's identity was confirmed by deputies from the Maury County Sheriff's Office. The Defendant was later released by the Maury County Sheriff's Office.

1

8. According to the TSPO, the Defendant is currently in violation of her state of Tennessee probation for failure to report. The Defendant was also seen in Spring Hill, Tennessee by a TSPO on December 3, 2024.

9. Since the Defendant's removal in 2020, the Defendant has not received express consent to reapply for admission into the United States from the United States Attorney General and/or the Secretary of Homeland Security. The Defendant has entered and remained in the United States illegally and without authorization. The Defendant's return to the United States is in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).